UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:97-CR-98-BO

UNITED STATES OF AMERICA, :
                           :
       v.                  :    ORDER TO REASSIGN
                           :
DENNIS RAY HOWARD          :

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to Chief Judge James C. Dever III.

SO ORDERED.

This the 21 day of May, 2012

_____
TERRENCE W. BOYLE
United States District Court Judge